## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



NELSON DELGADO-VAZQUEZ

      VS.                                **CIVIL NO.**   04-2011   **(JAF)**

UNITED STATES OF AMERICA

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [ ] Plffs. | [ ] Defts. | |
| **- O R D E R -** |||
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 4, as well as Petitioner's Objection, Docket Document No. 5, the court ADOPTS the Magistrate's Report and orders the summary dismissal of the the present action pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings in the United States District Courts. |||
|    Judgment to enter accordingly. |||
| **IT IS SO ORDERED.** |||

April 26, 2005                                      S/ José Antonio Fusté
    Date                                                    José Antonio Fusté
                                                      Chief U.S. District Judge